IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY DEAN DUSENBERY,** | : | **CIVIL ACTION NO. 1:07-CV-1869** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **TODD CERNEY,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 14th day of January, 2008, upon consideration of plaintiff's motion for reconsideration (Doc. 16), asking the court to vacate and/or alter the order of court dated January 8, 2008 (Doc. 15), and the court finding that there are no manifest errors of law or fact in the challenged order,[1] see Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby ORDERED that the motion for reconsideration (Doc. 16) is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] While plaintiff seeks additional time in which to file objections to the report and recommendation of the magistrate judge, plaintiff has failed to establish that such objections would alter the conclusion set forth by the court in the order dated January 8, 2008.